DOE, APPELLANT, *v.* DOE, APPELLEE.

[Cite as *Doe v. Doe* (1994), 70 Ohio St.3d 469.]

470

*Katz, Greenberger & Norton, Richard L. Norton* and *Ellen Essig,* for appellant.

*Graydon, Head & Ritchey, Michael R. Barrett* and *Jean M. Geoppinger,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870, and the cause is remanded to the trial court for application of *Ault.*

A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Moyer, C.J., and Wright, J., dissent.